# U.S. DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| ANTONIO M. BOGAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cv-00590-NJR ) ) Honorable Judge Nancy J. Rosenstengel |
| WEXFORD HEALTH SOURCES, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## AGREED STIPULATION FOR CONTINUATION OF JURY TRIAL

Plaintiff Antonio Bogan and Defendant Lynn Pittman, D.O., by and through their respective counsel, hereby respectfully request the Court adopt the following Stipulation in the above-captioned matter:

**WHEREAS** on June 4, 2019, Plaintiff filed his Complaint and Jury Demand, on January 8, 2020, Plaintiff filed his First Amended Complaint and Jury Demand, and on June 29, 2020, Plaintiff filed his Second Amended Complaint and Jury Demand [Doc. 1, 19, 48];

**WHEREAS** on October 11, 2022, the Court appointed Kevin M. Cloutier as counsel for Plaintiff [Doc. 143];

**WHEREAS** the Parties have diligently litigated this action to the best of their abilities;

**WHEREAS** on April 11, 2023, the Court set a jury trial for September 5 and 6, 2023 [Doc. 162];

**WHEREAS** counsel for Plaintiff was recently scheduled for a three-week jury trial in the Southern District of Ohio before Judge Algenon Marbley, set to start on September 11, 2023;

**WHEREAS** counsel for Plaintiff has multiple scheduling conflicts throughout the summer of 2023, including at least two scheduled preliminary injunction hearings;

**WHEREAS** counsel for Plaintiff conferred with counsel for Defendant concerning dates in October and/or November 2023 to which the jury trial for this action could be continued;

**WHEREAS** counsel for Defendant agreed to continue the jury trial for this action to November 2023;

**NOW, THEREFORE**, the Parties hereby respectfully request the Court amend the schedule as follows:

1.  The jury trial for this action set for September 5 and 6, 2023 shall be continued to a date convenient for the Court, beginning as early as November 2023, pursuant to the Court's availability.

Dated: June 8, 2023

| **SHEPPARD MULLIN RICHTER & HAMPTON, LLP** | **CASSIDAY SCHADE LLP** |
|---|---|
| | /s/ *Alison J. Matusofsky* (with consent) |
| /s/ *Kevin M. Cloutier* | Timothy Dugan |
| Kevin M. Cloutier | Alison Matusofsky |
| Victoria W. Hubona | 100 N. Broadway, Suite 1580 |
| K. Hope Harriman | St. Louis, Missouri 63102 |
| 321 North Clark St., 32nd Floor | tdugan@cassiday.com |
| Chicago, Illinois 60654 | amatusofsky@cassiday.com |
| kcloutier@sheppardmullin.com | Tel: (314) 655-4717 |
| vhubona@sheppardmullin.com | Fax: (314) 241-1320 |
| hharriman@sheppardmullin.com | |
| Tel: (312) 499-6300 | *Attorneys for Defendant* |
| Fax: (312) 499-6301 | |
| | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 8, 2023 a copy of the foregoing was filed with the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Victoria W. Hubona*
One of the Attorneys for Plaintiff