046594/19344/TPD/RMC

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| ANTONIO M. BOGAN, #R29595,<br><br>  Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., VIPIN SHAH, S. STOVER, and LYNN PITTMAN,<br><br>  Defendants. | Case Number  3:19-cv-00590-NJR<br><br>Judge Nancy J. Rosenstengel |

**JOINT MOTION FOR EXTENSION OF TIME TO FINALIZE SETTLEMENT**

COME NOW Plaintiff, Antonio M. Bogan, by and through his attorneys, Sheppard Mullin Richter & Hampton, LLP, and Defendant Lynn Pittman, D.O., by and through her attorneys, Cassiday Schade LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit for their Joint Motion for Extension of Time to Finalize Settlement, stating as follows:

1. On November 13, 2023, the Court entered its 60-Day Order, noting that the Court was advised that the action is settled in its entirety, but the parties need additional time to finalize the settlement. [Doc. 185] The Court noted that if the parties failed to finalize the settlement within the 60-day period, they may, before that period expires, move to postpone the entry of judgment to a later date. [*Id*.]

2. The parties have been diligently working to finalize the language of the settlement agreement. The parties have exchanged numerous drafts of the settlement documents and have just come to an agreement on the language of the settlement release. Counsel for Plaintiff estimates that they will need until at least February 15, 2024 to return a fully executed settlement release.

3. For the foregoing reasons, the parties respectfully request an additional forty-five (45) days to finalize the settlement in this matter, up to and including February 26, 2024.

WHEREFORE, the parties respectfully request this Honorable Court grant their Joint Motion for Extension of Time to Finalize Settlement or such further relief deemed appropriate.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Kevin M. Cloutier (with consent) | By: /s/ Alison J. Matusofsky |
| Kevin M. Cloutier<br>ARDC No. 6273805<br>Sheppard Mullin Richter & Hampton, LLP<br>321 North Clark St., 32nd Floor<br>Chicago, IL 60601<br>(312) 499-6300<br>kcloutier@sheppardmullin.com | Alison J. Matusofsky<br>ARDC No. 6337131<br>Cassiday Schade LLP<br>100 North Broadway, Suite 1580<br>St. Louis, MO 63102<br>(314) 241-1377<br>amatusofsky@cassiday.com |
| *Attorneys for Plaintiff, Antonio Bogan* | *Attorneys for Lynn Pittman, D.O.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2024, I electronically filed the foregoing Joint Motion for Extension of Time to Finalize Settlement with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

ATTORNEYS FOR LORI CUNNINGHAM and LACIE LIVINGSTON:
Jennifer Powell
Illinois Attorney General's Office
201 West Pointe Drive, Suite 7
Belleville IL 62226
jennifer.powell@ilag.gov


Victoria W. Hubona
Kevin M. Cloutier
Kelsie Harriman
Sheppard Mullin
321 N Clark St 32nd Floor
Chicago IL 60654
(312) 499-6300
vhubona@sheppardmullin.com
kcloutier@sheppardmullin.com
hharriman@sheppardmullin.com


                                        /s/ Alison J. Matusofsky

11697742