U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| ANTONIO M. BOGAN, #R29595, <br><br> Plaintiff, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., VIPIN SHAH, S. STOVER, and LYNN PITTMAN, <br><br> Defendants. | Case Number 3:19-cv-00590-NJR <br><br> Judge Nancy J. Rosenstengel |

## JOINT MOTION TO SUBSTITUTE PARTIES

COME NOW Plaintiff, Antonio M. Bogan, by and through his attorneys, Sheppard Mullin Richter & Hampton, LLP, and Defendant Lynn Pittman, D.O., by and through her attorneys, Cassiday Schade LLP, jointly request the Court to dismiss Defendant Lynn Pittman, D.O. from this action with prejudice and substitute in Wexford Health Sources, Inc. as a defendant.

WHEREFORE, the parties respectfully request that this Court dismiss Lynn Pittman, D.O. with prejudice, substitute Wexford Health Sources, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,                                        Respectfully submitted,

By:  /s/ Victoria W. Hubona (with consent)          By:  /s/ Alison J. Matusofsky

Victoria W. Hubona                                              Alison J. Matusofsky
ARDC No. 6336069                                              ARDC No. 6337131
Sheppard Mullin Richter & Hampton, LLP          Cassiday Schade LLP
321 North Clark St., 32nd Floor                          100 North Broadway, Suite 1580
Chicago, IL 60601                                                St. Louis, MO 63102
(312) 499-6300                                                     (314) 241-1377
vhubona@sheppardmullin.com                           amatusofsky@cassiday.com

*Attorneys for Plaintiff, Antonio Bogan*                *Attorneys for Wexford Health Sources, Inc.*
                                                                            *and Lynn Pittman, D.O.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed the foregoing Joint Motion to Substitute Parties with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

ATTORNEYS FOR LORI CUNNINGHAM and LACIE LIVINGSTON:
Jennifer Powell
Illinois Attorney General's Office
201 West Pointe Drive, Suite 7
Belleville IL 62226
jennifer.powell@ilag.gov


Victoria W. Hubona
Kevin M. Cloutier
Kelsie Harriman
Sheppard Mullin
321 N Clark St 32nd Floor
Chicago IL 60654
(312) 499-6300
vhubona@sheppardmullin.com
kcloutier@sheppardmullin.com
hharriman@sheppardmullin.com


/s/ Alison J. Matusofsky

11625748