IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO M. BOGAN,<br><br>    Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>JOHN DOE 1, JOHN DOE 2, JOHN DOE 3,<br>DR. DEANNA BROOKHART, VIPIN SHAH,<br>SARA STOVER, LYNN PITTMAN,<br>L. LIVINGSTON, LORI CUNNINGHAM,<br>DEBBIE KNAUER, and JOHN BALDWIN,<br><br>    Defendants. | Case No. 3:19-CV-00590-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of January 16, 2024 (Doc. 187), reflecting settlement, Defendant Wexford Health Sources, Inc. is **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated February 21, 2024 (Doc. 189), Defendant Lynn Pittman was **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated September 26, 2022 (Doc. 141), Defendants Vipin Shah and Sara Stover were **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated July 12, 2022 (Doc. 137), Defendants Dr. Deanna Brookhart, L. Livingston, Lori Cunningham, Debbie Knauer, and John Baldwin were **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated January 7, 2020 (Doc. 18), Defendants John Doe 1, John Doe 2, and John Doe 3 were **TERMINATED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, this entire action is **DISMISSED with prejudice and the case is closed**.

DATED: March 6, 2024

| | |
|---|---|
| APPROVED: *Nancy J. Rosenstengel*<br>**NANCY J. ROSENSTENGEL**<br>Chief U.S. District Judge | MONICA A. STUMP,<br>Clerk of Court<br><br>By: *s/ Deana Brinkley*<br>Deputy Clerk |